## UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                          CHAPTER 13

ENRIQUE VEGA                                    CASE NO. 10-75486

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:    Chase Home Finance**                    **Court claim #: 8**

**Last four digits** of any number used to identify the debtor's account: 2950

| Final Cure Amount | | |
|---|---|---|
| Amount of Prepetition Arrears | $2003.84 | (Per Creditor's Proof of Claim) |
| | + 300.00 | (Allowed Cost of Collection) |
| | + 200.00 | (Allowed Cost of Collection) |
| Total | $2503.84 | |
| | | |
| Amount Paid by Trustee | $2503.84 | |

| Monthly ongoing Mortgage Payment | | |
|---|---|---|
| Mortgage is paid: | | |
| ☐    Thru the Chapter 13 Plan | ☒    Direct by Debtor(s) | |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   3/2/2015                    /s/Lydia S. Meyer _____
                                     Lydia S. Meyer, Trustee
                                     308 W. State St., Suite 212
                                     Rockford, IL  61101

Certificate of Service

        I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 2nd Day of March, 2015.

Dated:   3/2/2015                    /s/Cynthia K. Burnard _____

CHASE HOME FINANCE LLC
% JP MORGAN CHASE BANK NA
3415 VISION DRIVE   OH-7142
COLUMBUS, OH 43219

CHASE
201 N. WALNUT STREET, DE1-1027
WILMINGTON, DE  19801

CODILIS & ASSOCIATES  PC
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

ENRIGUE VEGA
4791 PRINCETON LANE
LAKE IN THE HILLS, IL  60156

DAVID M. SIEGEL & ASSOCIATES
ATTORNEY DAVID M. SIEGEL
790 CHADDICK DRIVE
WHEELING, IL  60090